A. M. KIGHT v. STAR INSURANCE COMPANY OF AMERICA

170 So. 670.
Division A.
Opinion Filed July 7, 1936.

*Edwin R. Dickenson* and *J. E. Williams,* for Plaintiff in Error.

*Sutton, Tillman & Reaves,* for Defendant in Error.

PER CURIAM.—The judgment herein is reversed on the authority of Kight v. American Eagle Fire Insurance Company of New York this day filed.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur in the opinion and judgment.

### ON REHEARING

PER CURIAM.—The judgment of reversal entered in this case is adhered to on rehearing on the authority of Kight v. American Eagle Fire Insurance Company of New York this day filed.

Reversed.

WHITFIELD, C. J., and BROWN, and DAVIS, J. J., concur.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur in the opinion and judgment.